**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-10023-CR-ALTONAGA**

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**VLADIMIR AOENOR**
**SANCHEZ GUZMAN,**

Defendant.

_________________________________/

## ORDER

THIS CAUSE came before the Court on Magistrate Judge Lurana S. Snow's Report and Recommendation on Change of Plea, entered on October 14, 2026 [ECF No. 17]. To date, no party has filed an objection. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Report **[ECF No. 17]** is **AFFIRMED AND ADOPTED**, and Defendant, Vladimir Agenor Sanchez Guzman's change of plea is accepted. The sentencing hearing is set for **Monday, January 11, 2027 at 9:30 a.m.** at the Sidney M. Aronovitz U.S. Courthouse in Key West.

**DONE AND ORDERED** in Miami, Florida, this 3rd day of November, 2026.

**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**